IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARCUS RUTLEDGE, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:17-CV-218 (MTT) |
| Deputy GEORGE HORNE, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

Before the Court are two Recommendations from United States Magistrate Judge Charles H. Weigle. Docs. 6; 13. In the November 9, 2017 Recommendation, after screening the Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, the Magistrate Judge allowed the Plaintiff's Fourteenth Amendment claim for deliberate indifference to serious medical needs against Defendants Jody Holtzolaw and Anna West to proceed for further factual development. Doc. 6 at 1. The Magistrate Judge also recommends dismissing without prejudice the Plaintiff's claims against Defendants Darius Ivey, George Horne, Donald Lester, Jesse Krauter, and Zachariah Filipovich. *Id.* The Plaintiff did not object to the Recommendation. Rather, the Plaintiff filed an "Amended Complaint against Anna West and Three New Defendants."[1] Doc. 9. The Plaintiff's amended complaint is almost identical to his initial complaint, with the exception that he

---
[1] The Plaintiff maintains his claims against Defendant Holtzolaw, though her name does not appear on the first page of his amended complaint. Doc. 9 at 1, 4.

now adds three new Defendants without making any factual allegations against them. *Compare* Doc. 1 at 4 *with* Doc. 9 at 4. The Court has reviewed the Recommendation and accepts the findings, conclusions, and recommendations of the Magistrate Judge. The November 9 Recommendation (Doc. 6) is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's claims against Defendants Ivey, Horne, Lester, Krauter, and Filipovich are **DISMISSED without prejudice**.

In the January 29, 2018 Recommendation, the Magistrate Judge screened the Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A. Doc. 13. The Magistrate Judge recommends that the Plaintiff's claims against the newly-added Defendants Wrobel, Ranson, and McDuffie be dismissed without prejudice. *Id.* at 1. The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation and accepts the findings, conclusions, and recommendations of the Magistrate Judge. The January 29 Recommendation (Doc. 13) is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's claims against Defendants Wrobel, Ranson, and McDuffie are **DISMISSED without prejudice**. The Plaintiff may pursue his claim for deliberate indifference to serious medical needs against Defendants Holtzolaw and West.

**SO ORDERED,** this 23rd day of February, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT