IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARCUS RUTLEDGE, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:17-CV-218 (MTT) |
| Deputy GEORGE HORNE, *et al.*, | ) |
| Defendants. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends granting the Defendants' motion for summary judgment (Doc. 23) and that judgment be entered in favor of the Defendants. Doc. 30 at 1. In the alternative, the Magistrate Judge recommends that the Plaintiff's claims be dismissed for failure to exhaust administrative remedies. *Id.* The Plaintiff has not objected to the Recommendation. Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Recommendation for clear error and accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 30) is **ADOPTED** and made the order of this Court. Accordingly, the Defendants' motion for summary judgment (Doc. 23) is **GRANTED** and the Plaintiff's claims are **DISMISSED with prejudice**.

**SO ORDERED,** this 21st day of November, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT